IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01099–EWN–KMT

PERVAIZ K. SULEHRIA,

        Plaintiff,

v.

WAL-MART,

        Defendant.

---

# MINUTE ORDER

---

## ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA
Janet D. Zinser, Judicial Assistant

This matter is before me on the "Unopposed Motion for Court Approval of Stipulated Protective Order" [Doc. No. 16, filed October 22, 2008]. The Motion is DENIED and the proposed Protective Order is REFUSED. The parties are granted leave to submit a motion for protective order and revised form of protective order consistent with the comments contained here.

*Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000), set out certain requirements for the issuance of a blanket protective order such as the one sought here.  Among other things, any information designated by a party as confidential must first be reviewed by a lawyer who will certify that the designation as confidential is "based on a good faith belief that [the information] is confidential or otherwise entitled to protection" under Fed. R. Civ. P. 26(c)(7).  *Gillard*, 196 F.R.D. at 386.

Dated: October 22, 2008