IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 08-cv-01099-CMA-KMT | FTR - Courtroom C201 |
| **Date:** March 19, 2009 | Ginny Kramer, Deputy Clerk |
| PERVAIZ K. SULEHRIA, | Pro Se |
| Plaintiff, | |
| v. | |
| WAL-MART, | John Mark Baird |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:** MOTIONS HEARING

**Court in Session: 9:02 a.m.**

Mr. John Hale, client representative for Wal-Mart is present in court.

Court calls case. Appearances of counsel.

Discussion is held as to the Defendant's Motion to Compel Plaintiff's *Rule 26(a)(1) Disclosures and Discovery Responses and for Recovery of Attorney's Fees and Costs.*

Findings by the Court.

**It was ORDERED:**

1. That the Defendant's Motion to Compel Plaintiff's *Rule 26(a)(1) Disclosures and Discovery Responses and for Recovery of Attorney's Fees and Costs,* [#25] filed December 29, 2008, is **GRANTED,** in particular as to Interrogatory Number 4. Documents responsive to Interrogatory Number 4 will be filed within seven (7) days of today's date.

2. The record shall reflect that on December 29, 2008, Mr. Sulehria provided a disk that disclosed his witnesses to the defendant.

3. That the Defendant is awarded their costs for the filing of the Motion to Compel. The Defendant shall submit an expense voucher **on or before March 26, 2009**.

The Plaintiff shall file any objections **on or before April 2, 2009.**

4. That the Plaintiff shall file any appeal to the Court's Order of Costs **on or before March 30, 2009.**

HEARING CONCLUDED.
**Court in recess : 9:25 a.m.**
Total In-Court Time 00:23 minutes