### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 08-cv-01099-CMA-KMT

PERVAIZ K. SULEHRIA,

    Plaintiff,

v.

WAL-MART,

    Defendant.

---

### ORDER GRANTING DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulated Motion To Dismiss With Prejudice (Doc. # 39).  The Court, having reviewed the motion and being fully advised in the premises, finds sufficient cause to grant the parties' request.  It is, therefore,

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to bear his or its own attorneys' fees and costs.

DATED:  May   6  , 2009

                                      BY THE COURT:

                                      *(signature)*

                                      CHRISTINE M. ARGUELLO
                                      United States District Judge